UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**PERRY PRIDMORE,**

        **Plaintiff,**

vs.                                      NO. 2:15-CV-05452-ES-MAH

**COMENITY BANK,**

        **Defendant.**

## JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), plaintiff Perry Pridmore ("Plaintiff") and defendant Comenity Bank ("Defendant") hereby jointly stipulate and agree that Plaintiff hereby dismisses, with prejudice, his claims asserted against Defendant in the above-styled action, with the parties to bear their own attorney's fees, costs and expenses. This Joint Stipulation of Dismissal concludes this matter in its entirety.

    By: */s/ Amy L. Bennecoff Ginsburg (w/ permission)*
    Amy L. Bennecoff Ginsburg, Esquire
    Kimmel & Silverman, P.C.
    1930 East Marlton Pike, Suite Q29
    Cherry Hill, NJ 08003
    Phone: (856) 429-8334
    Facsimile: (877) 788-2864
    Email: aginsburg@creditlaw.com

    */s/ Christopher P. DePhillips, Esq.*
    Christopher P. DePhillips
    Gibbons PC
    1 Gateway Center
    Newark, N.J. 07102
    Telephone: (973) 596-4785
    cdephillips@gibbonslaw.com