UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

PERRY PRIDMORE,

    Plaintiff,

vs.

COMENITY BANK,

    Defendant.

NO. 2:15-CV-05452-ES-MAH

**CLOSED**

## JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), plaintiff Perry Pridmore ("Plaintiff") and defendant Comenity Bank ("Defendant") hereby jointly stipulate and agree that Plaintiff hereby dismisses, with prejudice, his claims asserted against Defendant in the above-styled action, with the parties to bear their own attorney's fees, costs and expenses. This Joint Stipulation of Dismissal concludes this matter in its entirety.

By: */s/ Amy L. Bennecoff Ginsburg (w/ permission)*
Amy L. Bennecoff Ginsburg, Esquire
Kimmel & Silverman, P.C.
1930 East Marlton Pike, Suite Q29
Cherry Hill, NJ 08003
Phone: (856) 429-8334
Facsimile: (877) 788-2864
Email: aginsburg@creditlaw.com

*/s/ Christopher P. DePhillips, Esq.*
Christopher P. DePhillips
Gibbons PC
1 Gateway Center
Newark, N.J. 07102
Telephone: (973) 596-4785
cdephillips@gibbonslaw.com

So Ordered —
Es the Salas, USDJ